**In re Ray Elbert PARKER, Petitioner.**

No. 03–1190.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

Ray Elbert Parker, Petitioner Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Ray Elbert Parker petitions for a writ of mandamus. He seeks an order from this court to set aside the magistrate judge's order and grant his motion to file an amended complaint.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. *See In re First Fed. Sav. & Loan Assn.,* 860 F.2d 135, 138 (4th Cir.1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. *See Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987). Mandamus may not be used as a substitute for appeal. *See In re United Steelworkers,* 595 F.2d 958, 960 (4th Cir.1979).

The relief sought by Parker is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus, deny Parker's motion for writ of error, and deny his motion for transfer of entire district court record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*